UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                                                         08 Civ. 9639 (WHP)

            -against-                                  :    04 Cr. 1064 (WHP)

AYODEJI ODUNAIKE,                                  :    <u>ORDER</u>

                 Defendant.          :
-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Defendant Ayodeji Odunaike ("Odunaike") moves this Court pursuant to Fed. R. Crim. P. 41(g) for the return of property. The Government has offered to return the requested property and has made it available to the defendant's designated representative. Accordingly, Odunaike's motion is denied as moot.

        The Clerk of Court is directed to mark this case closed.

Dated: New York, New York
       March 30, 2009

SO ORDERED:

_____
WILLIAM H. PAULEY III,
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-09

*Copies mailed to:*

Harry Chernoff, Esq.
Assistant United States Attorney
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for the Government*

Ayodeji Odunaike
USMS No. 56270-054
Moshannon Valley Correction Center
555 I Cornell Drive
Philipsburg, PA 16866
*Pro-Se Defendant*